David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, DAISY LIMON*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DAISY LIMON,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; WELLS FARGO CARD SERVICES; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC,<br><br>Defendants. | Case No. 2:17-cv-00744-JCM-PAL<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>TRANS UNION, LLC ONLY</u>** |

Plaintiff DAISY LIMON and Defendant TRANS UNION, LLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice

…

…

…

…

…

…

…

in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, TRANS UNION, LLC**. Each party shall bear its own attorney's fees, and costs of suit.

Dated:   May 8, 2017

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/ Jason Revzin, Esq. |
| David H. Krieger, Esq. | Jason Revzin, Esq. |
| Nevada Bar No. 9086 | Lewis Brisbois Bisgaard & Smith LLP |
| HAINES & KRIEGER, LLC | 6385 S. Rainbow Blvd. |
| 8985 S. Eastern Avenue | Suite 600 |
| Suite 350 | Las Vegas, NV 89118 |
| Henderson, Nevada 89123 | *Attorney for Defendant TRANS UNION, LLC* |
| *Attorney for Plaintiff* | |

## ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: May 9, 2017
_____